**Fill in this information to identify your case:**

Debtor 1: Thomas (First Name) Wayne (Middle Name) Ward (Last Name)

Debtor 2 (Spouse, if filing): _____ (First Name) _____ (Middle Name) _____ (Last Name)

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known): _____

United States Courts
Southern District of Texas
FILED

SEP 30 2019

David J. Bradley, Clerk of Court

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion if any |
|---|---|---|---|

**2.1** Ditech Financial
Creditor's Name
2100 E Elliott RD Bldg 94
Number   Street
Mail Stop T-140
Tempe    AZ    85284
City     State ZIP Code

Describe the property that secures the claim:
107 April Wind Drive South
Montgomery, TX 77356

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 131,000

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number  2 8 7 4

**2.2** IRS
Creditor's Name
PO Box 21126
Number   Street

Philadelphia    PA    19114
City            State ZIP Code

Describe the property that secures the claim:
107 April Wind Drive South
Montgomery, TX 77356

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30,000

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here: $_____

Official Form 106D            Schedule D: Creditors Who Have Claims Secured by Property            page 1 of 2

Debtor 1 __Thomas__ __Wayne__ __Ward__ Case number (if known) _____
First Name   Middle Name   Last Name

### Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

**Column A** Amount of claim — Do not deduct the value of collateral.
**Column B** Value of collateral that supports this claim
**Column C** Unsecured portion If any

---

☐ **April Sound POA**
Creditor's Name
100 April Park Dr
Number   Street

Montgomery   TX   77356
City   State   ZIP Code

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,000   $ _____   $ _____

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred __2009__

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _3_ _0_ _0_ _3_

---

☐ _____
Creditor's Name
_____
Number   Street

_____
_____
City   State   ZIP Code

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____   $ _____   $ _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

☐ _____
Creditor's Name
_____
Number   Street

_____
_____
City   State   ZIP Code

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____   $ _____   $ _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ _____

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ _____

Debtor 1 __Thomas_____ __Wayne_____ __Ward_____   Case number (if known)_____
         First Name      Middle Name     Last Name

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ _____   On which line in Part 1 did you enter the creditor? _____
   Name                             Last 4 digits of account number ___ ___ ___ ___
   _____
   Number   Street
   _____
   _____
   City           State    ZIP Code

☐ _____   On which line in Part 1 did you enter the creditor? _____
   Name                             Last 4 digits of account number ___ ___ ___ ___
   _____
   Number   Street
   _____
   _____
   City           State    ZIP Code

☐ _____   On which line in Part 1 did you enter the creditor? _____
   Name                             Last 4 digits of account number ___ ___ ___ ___
   _____
   Number   Street
   _____
   _____
   City           State    ZIP Code

☐ _____   On which line in Part 1 did you enter the creditor? _____
   Name                             Last 4 digits of account number  2   8   7   4
   _____
   Number   Street
   _____
   _____
   City           State    ZIP Code

☐ _____   On which line in Part 1 did you enter the creditor? _____
   Name                             Last 4 digits of account number ___ ___ ___ ___
   _____
   Number   Street
   _____
   _____
   City           State    ZIP Code

☐ _____   On which line in Part 1 did you enter the creditor? _____
   Name                             Last 4 digits of account number ___ ___ ___ ___
   _____
   Number   Street
   _____
   _____
   City           State    ZIP Code

Official Form 106D   Part 2 of Schedule D: Creditors Who Have Claims